UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2011 AUG 31  A 10: 35

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | : |
| | : |
| PLAINTIFF | : |
| | : Civ.Action No.3:09cv1319(AWT) |
| | : |
| V. | : |
| | : |
| R. I. POOLS, INC., Franco Iannone, | : |
| Vincenzo Iannone, et al | : |
| | : |
| DEFENDANTS | : |
| | : AUGUST 31, 2011 |

### NOTICE OF APPEAL

Notice is hereby given that R. I. Pools, Inc., Franco Iannone and Vincenzo Iannone, defendants in the above captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Rulings and decisions of the District Court entered September 22, 2010, as altered and amended by the order of November 5, 2010 vacating the judgment and amended judgment, from the ruling denying the defendants' motion to alter or amend the judgment and from the ruling and decision of August 15, 2011 granting summary judgment to the plaintiff Scottsdale Insurance Company and the final judgment thereon.

Respectfully submitted,

For the defendants
R. I. Pools, Inc.
Franco Iannone
Vincenzo Iannone

_____
Charles W. Fleischmann
Fed Bar:  ct#06560
Bai, Pollock, Blueweiss
    & Mulcahey, P.C.
One Corporate Drive
Shelton, CT  06484
Phone:  203-925-8100
Fax:  203-925-8101
Email: cfleischmann@baipollock.com

The parties to the appeal and their counsel are:

**Defendants/Appellants**
R. I. Pools, Inc
Franco Iannone
Vincenzo Iannone

Their Attorneys
Charles W. Fleischmann
Bai, Pollock, Blueweiss & Mulcahey, P.C.
One Corporate Drive
Shelton, CT 06484
Phone: 203-925-8100
Fax:   203-925-8101
Email: cfleischmann@baipollock.com


**Plaintiff/Appellee**
Scottsdale Insurance Company

Its Attorneys

Sandra Snaden Kuwaye
Goldberg Segalla LLP
100 Pearl Street
7th Floor
Hartford, CT 06103
Phone: 860-760-3300
Fax:   860-760-3301
Email: skuwaye@goldbergsegalla.com